IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY LEE TILLMAN, JR., | : | |
|     *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-2597 |
| | : | |
| PAUL MALLIS, | : | |
|     *Defendant.* | : | |

## ORDER

AND NOW, this 21st day of July, 2025, upon consideration of Bobby Lee Tillman's *pro se* Complaint (ECF No. 1), it is **ORDERED** that

1. The Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum. Nothing in the Court's decision prevents Tillman from presenting his constitutional arguments to the state court or otherwise collaterally attacking his convictions through proper channels.

2. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              */s/ Gerald J. Pappert*
                                              **Gerald J. Pappert, J.**